# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134069 & (85)

GENERAL MOTORS CORPORATION,
      Plaintiff-Appellee,

v

ROYAL & SUN ALLIANCE INSURANCE
GROUP PLC,
      Defendant,

and

ROYAL & SUN ALLIANCE USA, INC.,
ROYAL INDEMNITY COMPANY, and
ROYAL INSURANCE COMPANY OF
AMERICA, f/k/a ROYAL GLOBE
INSURANCE COMPANY,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134069
COA: 267308
Oakland CC: 05-063863-CK

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered and, it appearing to this Court that an appeal in *General Motors Corp v Royal & Sun Alliance Ins Group, PLC* (Court of Appeals Docket No. 276539) is pending before the Court of Appeals and that the decision in that appeal may have an impact on an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in the appeal currently before the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

p1022

Clerk